IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID RAY ARNOLD,

        Plaintiff,

v.

OREGON DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

3:18-cv-366-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 31), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 31) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 19) is GRANTED and Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED.

IT IS SO ORDERED.

DATED this 17th day of May, 2019.

                                              _____/s/ Michael J. McShane_____
                                                          Michael McShane
                                                 United States District Judge